UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. PATKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>I. ALOMARI, et al.,<br><br>        Defendants. | 1:14-cv-00674-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee and, while he submitted a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, it was not on the correct form.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     **Within 45 days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**;

      2.     **Within 60 days** of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

///

1

1  **Failure to comply with this order will result in dismissal of this action.**

2

3  IT IS SO ORDERED.

4     Dated:   **June 3, 2014**                                      **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

2