UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. PATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALOMARI, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-0674-LJO-JLT (PC)<br><br>**ORDER RE: DISCOVERY REQUEST BY PLAINTIFF**<br><br>(Doc. 29) |

    Before the Court is Plaintiff's request to conduct discovery related to issues raised in Defendants' motion for summary judgment. (Doc. 29) In particular, Plaintiff seeks all documents related to appeal log numbers "CCI -0-12-02321," "CCI -0-12-02465," and "CCI -0-12-01985." Thus, the Court **ORDERS**:

    1.    No later than **April 1, 2016**, Defendants SHALL file a report indicating whether the CDCR has any documents related to appeal log numbers "CCI -0-12-02321," "CCI -0-12-02465," and "CCI -0-12-01985" that pertain to appeals filed by Plaintiff and that were not included with its motion for summary judgment. If there are any, the Court invites Defendants to provide these documents to Plaintiff informally.

///

///

///

1

In the report, Defendants **SHALL** also report whether the documents they have provided to Plaintiff or detail their objection to doing so.

IT IS SO ORDERED.

Dated: **March 25, 2016**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE